## MAY TERM, 1875.                                     295

Morris and Essex R. R. Co. *v.* Haskins.     Black *v.* Black.

THE MORRIS and ESSEX RAILROAD COMPANY and THE
DELAWARE, LACKAWANNA and WESTERN RAILROAD
COMPANY *vs.* HASKINS and THE HUDSON TUNNEL
RAILROAD COMPANY.

The right to the injunction which issued on filing the bill depending
upon questions, some of which are new and eminently proper to be decided
by a court of law, and are awaiting adjudication in such tribunal between
the same parties; motion to dissolve denied.

On motion to dissolve injunction, on bill and affidavits
annexed.

*Mr. H. S. White* and *Mr. B. Williamson*, for the motion.

*J. Vanatta*, contra.

THE CHANCELLOR.

Some of the questions presented by the bill, and on the de-
cision of which the complainants' claim to relief depends, are
new questions of a very important character, and eminently
proper to be decided by a court of law. They will probably
come up for adjudication before the Court of Errors, at its
next term, in proceedings pending in that court between these
parties. I deem it proper to await the action of that court in
the premises. The present motion will, therefore, be denied,
but without costs.